| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) BASSLER, WILLIAM G | 2. Court or Organization N.J. DISTRICT COURT | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D.J.-SENIOR STATUS | 5. ReportType (check appropriate type) ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. COURTHOUSE & FEDERAL BLDG P.O. BOX 999 NEWARK, NEW JERSEY, 07101-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**    - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**    - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE  2005 MAY 10  A 10: 38  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | SETON HALL LAW SCHOOL | $6000.00 |
| 2. 2004 | RUTGERS LAW SCHOOL | $4,845.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | AM. COLL.TRUST/ESTATE COUNSEL | MEMBERSHIP FEE (SEE SECT.VIII) | $250 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASSLER, WILLIAM G | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CMA ACCOUNT MERRILL LYNCH | A | Interest | J | T | | | | | |
| 2. SMITH BARNEY (IRA) | C | Interest/div | M | T | | | | | |
| 3. -SMITH BARNEY AGRESSIVE GROWTH FUND | | | | | | | | | |
| 4. - SMITH BARNEY FUNDAMENTAL VALUE FUND (SEE NOTE PART VIII) | | | | | | | | | |
| 5. -SMITH BARNEY MID CAP CORE | | | | | | | | | |
| 6. -SMITH BARNEY LARGE CAP GROWTH | | | | | | | | | |
| 7. -SMITH BARNEY TOTAL RETURN BOND | | | | | | | | | |
| 8. SOVEREIGN BANK | A | Interest | J | T | | | | | |
| 9. MERRILL LYNCH (IRA) | A | Dividend/Int | K | T | | | | | |
| 10. -MERRILL LYNCH BANK USA RASP | | | | | | | | | |
| 11. -AMERICAN BALANCED FUND | | | | | | | | | |
| 12. -CALAMOS CONVERTIBLE GROWTH & INCOME FUND | | | | | | | | | |
| 13. -MERRILL LYNCH IRA | A | Dividend/Int | K | T | | | | | |
| 14. -AMERICAN BALANCED FUND | | | | | | | | | |
| 15. -CALAMOS CONVERTIBLE GROWTH & INCOME FUND | | | | | | | | | |
| 16. SALOMON SMITH BARNEY FINANCIAL MANAGEMENT ACCT. MONEY FUNDS | A | Interest | L | T | | | | | |
| 17. -ELN . | | | J | T | | | | | |
| 18. -WCOEQ. | | | J | T | SELL | 11/29 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASSLER, WILLIAM G | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -PFE | A | Interest | J | T | | | | | |
| 20. -WMB | A | Dividend | J | T | | | | | |
| 21. -AMGN . | | | J | T | | | | | |
| 22. -C | A | Dividend | J | T | | | | | |
| 23. -TAPA | A | Dividend | | | SELL | 4/07 | J | A | |
| 24. -TAPB | A | Dividend | | | SELL | 4/07 | J | A | |
| 25. STA (SEE NOTE Part VIII) | | | J | T | SELL | 10/29 | | | |
| 26. G.E. | | | J | T | BUY | 10/29 | | A | |
| 27. SHREWSBURY BAN CORP | A | Interest | J | T | | | | | |
| 28. COMMERCE BANK | A | Interest | J | T | | | | | |
| 29. WESTERN RESERVE LIFE INS.CO.(SEE SECTION VIII | | | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BASSLER, WILLIAM G | 5/6/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SECTION V: MEMBERSHIP FEE WAIVED UNDER DESIGNATION: JUDICIAL CATEGORY

SECTION VII: ITEM 4: THE 2003 REPORT INCORRECTLY REPORTED ITEM 4 AS "SMITH BARNEY MUTUAL VALUE FUND".  THIS WAS INADVERTENTLY MISIDENTIFIED. IT SHOULD HAVE READ "SMITH BARNEY FUNDAMENTAL VALUE FUND"

SECTION VII: Nos. 23,24,25: TAPA AND TAPN WERE MERGED INTO STA 4/7/04 AND ALL SHARES SOLD 10/29/04.

THE 2003 REPORTED ITEM 23 INCORRCTLY READS TAPN.  IT SHOULD READ TAPA

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>BASSLER, WILLIAM G | Date of Report<br><br>5/6/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 5 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
**WILLIAM G. BASSLER**
JUDGE

August 23, 2005

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5060
P.O. BOX 999
NEWARK, NJ 07101-0999
973-645-2981

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

ATT: JUDGE MARY M. LISI, CHAIR

    Re: Calendar Year 2004 Filing

Dear Judge Lisi:

    I am writing in response to your letter of June 27, 2005. Please accept this letter as an amendment to my Financial Disclosure Report dated May 6, 2005.

    1. Part VII, page 1, lines 17 and 18, and page 2, lines 21, 26. No income was received. As to line 29, the income code should be A.

    2. Part VII, page 1, line 18 and page 2, line 25 "WCOEQ" and "STA" were entirely disposed of.

    3. Part VII, page 2, lines 25 and 26, STA D3 should reflect a value code of J.

    Thank you for your attention to these changes.

Very tru

WILL
United States Senior District Judge